Mouzon v Luxe VVS Jewelers (2025 NY Slip Op 51428(U))

[*1]

Mouzon v Luxe VVS Jewelers

2025 NY Slip Op 51428(U)

Decided on September 15, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 15, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570398/25

Adam Mouzon, Plaintiff-Appellant,
against
Luxe VVS Jewelers, Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Jeffrey S. Zellan, J.), entered May 15, 2023, after inquest, in favor of defendant dismissing the action.

Per Curiam.
Judgment (Jeffrey S. Zellan, J.), entered May 15, 2023, affirmed, without costs.
Where, as here, a defendant has failed to appear and an inquest is directed, a plaintiff must still present proof of damages (see Paulson v Kotsilimbas, 124 AD2d 513, 514 [1986]). Upon review of the record, we find that Civil Court properly dismissed the action after inquest, since plaintiff offered no competent proof of the value of the allegedly nonconforming piece of jewelry delivered by defendant and retained by plaintiff (see Bartlett v Rosenthal, 69 Misc 3d 138[A], 2020 NY Slip Op 51305[U] [App Term, 2d, 11th & 13th Jud Dists 2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 15, 2025